UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| JEFFREY MUMMA, ) | |
| ) | |
| Plaintiff, ) | Case No.: Case No.: 1:18-CV-00101-NT |
| ) | |
| v. ) | |
| ) | |
| NEW BALANCE ATHLETIC SHOE, INC. ) | |
| and NEW BALANCE ATHLETICS, INC., ) | |
| ) | |
| Defendants. ) | |

## STIPULATION OF DISMISSAL

NOW COME, the parties to the above-entitled action, by and through counsel, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, and stipulate to the dismissal of this action, with prejudice, and without costs or attorney's fees to any party.

Date: July 26, 2018          BY:    /s/ *Chad T. Hansen*
                                    Chad Hansen, Esq.

                                    MAINE EMPLOYEE RIGHTS GROUP
                                    92 Exchange Street, 2nd floor
                                    Portland, ME 04101
                                    *Attorney for Plaintiff*

Date: July 26, 2018          BY:    */s/ Bernard J. Kubetz*
                                    Bernard J. Kubetz, Esq.

Date: July 26, 2018          BY:    */s/ Adria Y. LaRose*
                                    Adria Y. LaRose, Esq.

                                    EATON PEABODY
                                    80 Exchange Street
                                    P.O. Box 1210
                                    Bangor, ME 04402-1210
                                    *Attorneys for Defendants*

1